C.E. v. PATRICIA H. KEEFER.

March 28, 1983.

Petition for certification denied.

IN THE MATTER OF RALPH BEESE v. OCEAN COUNTY.

March 28, 1983.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF
THEODORE MULARZ.

March 28, 1983.

Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF
THE LICENSE OF GENEVIEVE W. CONNOLLY, M.D., TO
PRACTICE MEDICINE AND SURGERY IN THE STATE OF
NEW JERSEY.

March 28, 1983.

Petition for certification denied.